■ HARRIET KOREN, Appellant, v ALBERT WAREHOUSE & SON, INC., Defendant, and NEGICA, LLC, Respondent. [49 NYS3d 310]—In an action to recover damages for personal injuries, the

plaintiff appeals from an order of the Supreme Court, Kings County (Baynes, J.), dated May 28, 2015, which denied her motion for leave to enter a default judgment against the defendant Negica, LLC, and granted the defendants' cross motion to compel her to accept service of an amended answer on behalf of the defendant Negica, LLC.

Ordered that the order is affirmed, with costs.

Considering the minimal delay on the part of the defaulting defendant, the absence of prejudice to the plaintiff, the lack of willfulness on the part of the defaulting defendant, and the public policy in favor of resolving cases on the merits, the Supreme Court providently exercised its discretion in denying the plaintiff's motion for leave to enter a default judgment against the defaulting defendant and granting the defendants' cross motion to compel her to accept service of an amended answer on behalf of the defaulting defendant (*see* CPLR 3012 [d]; *Buchholz v A.L.A.C. Contr. Corp.*, 122 AD3d 660, 661 [2014]; *Darlind Constr., Inc. v Prism Solar Tech., Inc.*, 109 AD3d 783, 783 [2013]; *Hosten v Oladapo*, 52 AD3d 658, 658 [2008]; *Jolkovsky v Legeman*, 32 AD3d 418, 419 [2006]). In light of our determination, we need not reach the parties' remaining contentions. Hall, J.P., Austin, Sgroi and Connolly, JJ., concur.